IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN C. BOWMAN<br>CHRISTINA BOWMAN, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| AMERICAN HOMECARE SUPPLY, LLC, | : | NO. 07-3945 |
| Defendant. | : | |

## ORDER

AND NOW, this   25th   day of June, 2009, upon consideration of the parties' cross-motions for discovery, it is hereby ORDERED as follows:

(1) Defendant American Homecare Supply's Motion for a Protective Order (Doc. No. 37) is GRANTED in part as to attorney-client privileged documents and DENIED in part as to certain work-product protected documents, as explained in the accompanying Memorandum;

(2) Plaintiffs Alan and Christina Bowman's Motion to Compel (Doc. No. 40) is DENIED in part as to attorney-client privileged documents and GRANTED in part as to certain work-product protected documents that specifically discuss (1) the Fire Suit settlement amount and/or allocation and (2) counsel's evaluation of the Fire Suit claims;

(3) Plaintiffs shall provide Defendant within one week of this Order, from the privilege log , a list of the documents described in (2) that it seeks Defendant to produce; Defendant shall promptly produce those documents, or object.

-1-

(4) If after counsel confer, disputes remain over documents requested by Plaintiffs, Plaintiffs shall advise this Court by July 17, 2009, of those documents, which Plaintiffs assert should be produced. Defendant shall, by July 21, 2009, provide the Court by letter (which need not be sent to Plaintiffs' counsel) the reasons as to why each document requested by Plaintiffs should not be produced. The Court may schedule a further hearing to resolve the disputes on a document-by-document basis.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\Shelley\07-3945 Bowman v. American Homecare Supply\Order re Priv Waiver.wpd